No. 97–7883. DeWig v. Stewart, Director, Arizona Department of Correction, et al. C. A. 9th Cir. Certiorari denied.

No. 97–7886. Nimrod v. United States. C. A. 8th Cir. Certiorari denied.

No. 97–7897. Taylor v. United States. C. A. 5th Cir. Certiorari denied.

No. 97–7899. Antonio Lujan v. United States. C. A. 5th Cir. Certiorari denied.

No. 97–7900. Moore v. United States. C. A. 4th Cir. Certiorari denied.

No. 97–7903. Hochschild v. United States. C. A. 6th Cir. Certiorari denied.

No. 97–7905. Francis v. United States. C. A. 4th Cir. Certiorari denied.

No. 97–7906. Gonzalez v. DeTella, Warden. C. A. 7th Cir. Certiorari denied.

No. 97–7909. Donovan v. Strack, Superintendent, Fishkill Correctional Facility. C. A. 2d Cir. Certiorari denied.

No. 97–7910. Gallardo v. United States. C. A. 5th Cir. Certiorari denied.

No. 97–7911. Escobar-Venzor v. United States. C. A. 10th Cir. Certiorari denied.

No. 97–7914. Garcia-Rosell v. United States. C. A. 9th Cir. Certiorari denied.

No. 97–7917. Herrera v. United States. C. A. 7th Cir. Certiorari denied.

No. 97–7918. Ortega Ramirez v. United States. C. A. 2d Cir. Certiorari denied.

No. 97–7919. Richmond v. United States. C. A. 6th Cir. Certiorari denied.

No. 97–7922. Larry v. United States. C. A. 6th Cir. Certiorari denied.